**IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
AT COVINGTON**

| | |
|---|---|
| IN RE: | CASE NO. 10-21974 |
| SHANNON STEFFKE | Chapter 13 |
| Debtor(s). | Judge Tracey N. Wise |

**AGREED ORDER CONTINUING HEARING ON MOTION FOR RELIEF**

Now comes counsel for Deutsche Bank National Trust Company, as Indenture Trustee of the Aames Mortgage Investment Trust 2005-1 ("Creditor") and counsel for Shannon J. Steffke ("Debtor(s)"), and hereby agree to a continuance of the hearing set on December 14, 2010 regarding the Motion for Relief from Automatic Stay ("Motion") filed by Creditor, so that both parties may have additional time to review proof of payments to Creditor from the Debtor(s) and the Creditor be allowed to verify those payments and allow the partied to come to an agreement resolving said Motion.

**NOTICE OF HEARING**

This matter will be reset for hearing at 10:00 a.m. on January 11, 2011 at Covington.

Judge Tracey N. Wise
United States Bankruptcy Judge

Submitted by:
/s/ David C. Nalley
David C. Nalley, Esq. (85637)
Reisenfeld & Associates, LPA LLC
Attorney for Creditor
3962 Red Bank Road
Cincinnati, OH  45227
voice: (513) 322-7000
facsimile: (513) 322-7099
e-mail: kybk@rslegal.com


_/s/__Benjamin N. Wolff___
Benjamin N. Wolff, Esq.
118 West Fifth Street
Covington, KY  41011
voice: 859-757-4345


      Pursuant to Local Rule 9022-1(c), David C. Nalley shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the Court a certificate of service of the order upon such parties within ten (10) days hereof.

Shannon J. Steffke
49 Edwards Avenue
Florence, KY 41042

Benjamin N. Wolff, Esq.
118 West Fifth Street
Covington, KY 41011

Beverly M. Burden, Bankruptcy Trustee
Office of the Chapter 13 Trustee
PO Box 2204
Lexington, KY 40588

US Trustee
100 East Vine Street #500
Lexington, KY 40507


~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
***The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.***



**Signed By:**
*Tracey N. Wise*
**Bankruptcy Judge
Dated: Thursday, December 09, 2010
(jms)**